

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

SBA Communications Corp.,  * From the 35th District Court
of Brown County,
Trial Court No. CV2010443.

Vs. No. 11-23-00121-CV  * August 24, 2023

Qualyan Moore,  * Memorandum Opinion by Bailey, C.J.
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

This court has considered Appellant's unopposed motion to dismiss this appeal and concludes that the motion should be granted. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against SBA Communications Corp.